**Nicholas T. SCOTT, Plaintiff–Appellee,**

v.

**UNITED STATES of America, Defendant–Appellant.**

**Nicholas T. SCOTT, Plaintiff–Appellee–Cross–Appellant,**

v.

**UNITED STATES of America; IRS, Director, Defendants–Appellants–Cross–Appellees.**

**Nos. 94–15321, 94–15323.**

United States Court of Appeals, Ninth Circuit.

May 1, 1997.

Before: FLETCHER, WIGGINS, and FERNANDEZ, Circuit Judges.

### ORDER

This case having been heard by the United States Supreme Court and reversed, —— U.S. ——, 117 S.Ct. 29, 135 L.Ed.2d 1122, has been remanded to this court for further proceedings in conformity with the opinion of the Supreme Court.

The judgment of the district court is therefore reversed.

**Marian BROCKAMP, administrator and sole residuary beneficiary of the Estate of Stanley B. McGill, Deceased, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 94–56424.**

United States Court of Appeals, Ninth Circuit.

May 1, 1997

Before FLETCHER, WIGGINS, and FERNANDEZ, Circuit Judges.

### ORDER

This case having been heard by the United States Supreme Court and reversed, —— U.S. ——, 117 S.Ct. 849, 136 L.Ed.2d 818, has been remanded to this court for further proceedings in conformity with the opinion of the Supreme Court.

The judgment of the district court is therefore affirmed.